No. 88–1824.   DEFORD ET AL. v. SOO LINE RAILROAD CO. ET AL.   C. A. 8th Cir.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–1867.   FLEMING v. MOORE ET AL.   Sup. Ct. Va.   Motion of petitioner to defer consideration of the petition for writ of certiorari denied.   Certiorari denied.

No. 88–7026 (A–891).   FEARANCE v. TEXAS; and
No. 88–7354 (A–932).   BOWER v. TEXAS.   Ct. Crim. App. Tex. Applications for stays of mandates, presented to JUSTICE WHITE, and by him referred to the Court, denied.   Certiorari denied. Reported below: No. 88–7026, 771 S. W. 2d 486; No. 88–7354, 769 S. W. 2d 887.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–1463.   WRENN v. STATE INDUSTRIAL INSURANCE SYSTEM, 490 U. S. 1080;
No. 88–1481.   OEN YIN-CHOY v. ROBINSON, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA, 490 U. S. 1106;
No. 88–1533.   TWIST v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, 490 U. S. 1066;
No. 88–1570.   WASHINGTON ET UX. v. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF LAPORTE COUNTY, INDIANA, ET AL., 490 U. S. 1067;
No. 88–1673.   BONELLO v. CONNECTICUT, 490 U. S. 1082;
No. 88–5799.   BEUKE v. OHIO, 489 U. S. 1071;
No. 88–6066.   HILDWIN v. FLORIDA, 490 U. S. 638;
No. 88–6353.   BEDFORD v. OHIO, 489 U. S. 1072;
No. 88–6618.   FRITZ v. BARKER, JUDGE, KENTUCKY CIRCUIT COURT AT FAYETTE, ET AL., 490 U. S. 1070;
No. 88–6641.   HERBERT v. UNITED STATES, 490 U. S. 1070;
No. 88–6642.   ALBANESE v. ILLINOIS, 490 U. S. 1075;
No. 88–6737.   McCOLPIN v. UNITED STATES, 490 U. S. 1070;

No. 88–6785.   FRITZ *v.* BARKER, JUDGE, KENTUCKY CIRCUIT COURT AT FAYETTE, ET AL., 490 U. S. 1070;

No. 88–6804.   FOSTER *v.* GEORGIA, 490 U. S. 1085;

No. 88–6810.   LEE *v.* GEORGIA, 490 U. S. 1075;

No. 88–6826.   IN RE PHILLIPS, 490 U. S. 1064;

No. 88–6886.   FILOON *v.* WORKMEN'S COMPENSATION APPEAL BOARD, 490 U. S. 1072;

No. 88–6932.   EUBANKS ET UX. *v.* SOUTH CAROLINA NATIONAL BANK ET AL., 490 U. S. 1083;

No. 88–6962.   THOMPSON *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, ET AL., 490 U. S. 1092;

No. 88–6988.   CRAIG *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 490 U. S. 1093;

No. 88–7004.   FLANAGAN *v.* UNITED STATES, 490 U. S. 1074;

No. 88–7015.   MARTIN *v.* C. ITOH & CO., INC., ET AL., 490 U. S. 1100;

No. 88–7016.   IN RE MARTIN, 490 U. S. 1097; and

No. 88–7068.   CHIZMADIA *v.* SMILEY'S POINT CLINIC ET AL., 490 U. S. 1084.   Petitions for rehearing denied.

No. 88–1178.   KEANE *v.* UNITED STATES, 490 U. S. 1084.   Petition for rehearing denied.   JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 88–7052.   MARINE *v.* UNITED STATES, 490 U. S. 1075.   Motion for leave to file petition for rehearing denied.

## JULY 12, 1989

No. A–1060 (88–7562).   KIMBLE *v.* VASQUEZ, WARDEN.   Sup. Ct. Cal.   Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay terminates automatically.   In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

## JULY 13, 1989

No. A–29 (89–5094).   DUNKINS *v.* JONES, WARDEN, ET AL. C. A. 11th Cir.   Application for stay of execution of sentence of